PROB 12C - (Rev. D/NM-8/2014)                                                                                   Client ID

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Cedric Laneham |
| Docket Number: | 1084 1:16CR02930-002JB |
| Assigned Judge: | Honorable James O. Browning, United States District Judge |
| Date of Original Sentence: | 08/27/2019 |
| Original Offense: | 21 U.S.C. 846: Conspiracy: Distribution of 50 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine |
| | 21 U.S.C. 841(a)(1): Distribution of 50 Grams and More of Methamphetamine; Aiding and Abetting |
| Original Sentence: | BOP: 60 Months; TSR: Four Years |
| Date Supervision Commenced: | 10/09/2020 |
| Date Supervision Expires: | 10/08/2024 |
| Other Court Action: | 10/14/2020: Petition for Modification for Conditions of Supervised Release with Offender Consent. Removal of residential reentry center condition. |
| | 11/24/2020: Report on Offender Under Supervision No Court Action Recommended. The offender submitted a positive drug test for methamphetamine. |
| | 05/16/2023: Report on Offender Under Supervision No Court Action Recommended. The offender submitted a positive drug test for Fentanyl. |
| | 07/11/2023: Petition for Modification for Conditions of Supervised Release with Offender Consent. Residential Reentry Center for four months added. |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Angie Escobedo, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SPC | You must reside in a residential reentry center for a term of four months. You must follow the rules and regulations of the center. |
| | On September 15, 2023, the probation officer was contacted by Diersen Charities Assistant Director and informed the defendant was being terminated for failure to follow program rules. This is evidenced by documentation received from the Diersen Charities Program. |

The maximum statutory penalty: 3 years imprisonment; 5 years supervised release.
Underlying offense is a Class B Felony.

The revocation range of imprisonment: 6 to 12 months.
Grade C Violation. Criminal History Category IV.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 09/19/2023.

Submitted:                                         Approved:                              ☒ Phone Approval

*Angie Escobedo*
_____                        _____
Angie Escobedo                                     Maria Stiteler
Senior U.S. Probation Officer                      Assistant U.S. Attorney
Cell #: 505-228-5004

                                                   Date: 09/19/2023