# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Cedric Laneham<br>*Defendant* | Case No. 1084 1:16CR02930-002JB |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 22 2023
MITCHELL R. ELFERS
CLERK

23 SEP 21 AM 9:43

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Cedric Laneham

Also Known As: Buddy,
Also Known As: Prey, Mark A
Also Known As: Lee, Cedric Lashawn

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Failure to maintain residence at a residential reentry center.

Date: 9/20/2023

*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) 9/21/2023, and the person was arrested on ( date ) 9/22/2023 at ( city and state ) Albuquerque, NM.

Date: 9/22/2023

*Arresting officer's signature*

Gary McCoy Deputy US Marshal
*Printed name and title*