# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Preliminary Revocation/Detention Hearing

| Case Number: | 16cr2930 JB | UNITED STATES vs. Laneham | |
|---|---|---|---|
| Hearing Date: | 9/26/2023 | Time In and Out: | 9:39-10:30 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Chama |
| Defendant: | Cedric Laneham | Defendant's Counsel: | Wayne Baker |
| AUSA: | Samuel Hurtado | Pretrial/Probation: | K. Avrit |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

| | | | |
|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant waives Preliminary Hearing | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

## Detention

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | |

## Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☒ | Matter referred to District Judge for Final Revocation Hearing |
| ☒ | Court calls case; court addresses defendant; defendant responds, agrees to proceed with Mr. Baker's representation; government calls probation officer K. Avrit, sworn, direct; defense counsel cross examination; witness excused; defense closing; government closing; defense responds; government addresses court, presents discharge paperwork from UNMH; no objection by defense; court finds probable cause; defense requests release; government requests detention; officer Avrit addresses court, recommends detention; court findings; court in recess. |