# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR. NO. 16-2930 JB |
| v. ) | |
| ) | |
| **CEDRIC LANEHAM**, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

The United States hereby notifies the Court that NORMAN CAIRNS and DAVID M. WALSH have left its employ and are no longer counsel of record for the United States in the District of New Mexico, and in substitution therefor, SAMUEL A. HURTADO hereby enters his appearance on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of SAMUEL HURTADO.

                                                Respectfully submitted,

                                                ALEXANDER M. M. UBALLEZ
                                                United States Attorney

                                                */s/ Samuel A. Hurtado*
                                                SAMUEL A. HURTADO
                                                Assistant U.S. Attorney
                                                P. O. Box 607
                                                Albuquerque, New Mexico 87103
                                                (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing
electronically through the CM/ECF system,
which caused counsel of record to be served by
electronic means, as more fully reflected on the Notice of Electronic Filing.

      */s/*
SAMUEL HURTADO

Assistant U.S. Attorney