FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       No. 16-cr-2930-JB

CEDRIC LANEHAM
a/k/a CEDRIC LEE,

    Defendant.

## ORDER

THIS MATTER having come before the Court on defendant's "Unopposed Motion for an Order Releasing Defendant Cedric Laneham to the Third-Party Custody of Four Corners Detox Recovery Center" (hereinafter "FCDRC"), in Gallup, NM, with continued oversight by United States Probation. (Doc. 213)

The Court being otherwise fully advised in the premises finds the motion is well taken and hereby ORDERS,

The Order Setting Conditions of Release (Doc. 212) shall be modified as follows to go into effect as of October 18, 2022, or any date thereafter upon bed space and travel availability:

<u>Paragraph 6</u>    <u>Remove</u>:

    La Pasada Halfway House
    2206 4th Street NW
    Albuquerque, NM 87102
    (505) 242-4676

    <u>Replace with</u>:

    Four Corners Detox Recovery Center
    2105 Hasler Valley Road
    Gallup, NM 87301
    (505) 481-0804

So Ordered.

_____
United States Magistrate Judge