IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

              Plaintiff,

v.                                                    CR 16-2930 JB

CEDRIC LANEHAM
a/k/a CEDRIC LEE,

              Defendant.

## ORDER

THIS MATTER comes before the Court *sua sponte*. The Court has been informed that defendant Cedric Laneham is scheduled to be released from Four Corners Detox Recovery Center ("FCDRC") on or about November 18, 2023. The Court allowed Mr. Laneham to go from La Pasada Halfway House to FCDRC by agreement of the parties and the assigned probation officer. Doc. 214. Upon release, the probation officer recommended that Mr. Laneham reside at Diersen Charities Halfway House. *See* Doc. 213. The Court orders Mr. Laneham to reside at Diersen Charities Halfway House upon his release from FCDRC as requested by the probation officer. Although Mr. Laneham indicated in mid-October that he did not agree with this plan, *see id.*, the Court will not permit Mr. Laneham to reside anywhere other than a halfway house without the agreement of the parties or upon a motion by Mr. Laneham setting forth a reasonable alternative. If Mr. Laneham files such a motion, the Court will give the United States and the assigned probation officer an opportunity to respond if they oppose Mr. Laneham's proposal.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE