IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cr. No. 16-2930 JB |
| **CEDRIC LANEHAM,** | ) ) ) |
| Defendant. | ) ) |

### UNITED STATES' RESPONSE TO THE DEFENDANT'S SENTENCING MEMORANDUM FILED ON NOVEMBER 27, 2023

The United States has read and reviewed the defendant's sentencing memorandum filed on November 27, 2023. Doc. 220. The defendant has requested a sentence of time-served to be followed by an eight-month term of supervised release. *Id*. at 1. The United States has no objection to the defendant's recommended sentence. The United States respectfully urges the Court to impose the sentence requested by the defendant. The filing of this response in CM/ECF caused a copy to be served electronically on Wayne Baker, Esq., counsel for the defendant.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Samuel A. Hurtado*

Samuel A. Hurtado
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274